**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**JEREMY LAM,**

      **Plaintiff,**

v.                                                                          Case No: 6:22-cv-1717-PGB-DCI

**BOOKS-A-MILLION, INC. and
BOOKSAMILLION.COM, INC.,**

      **Defendants.**
_____/

## ORDER

This cause is before the Court on the Plaintiff's Notice of Voluntary Dismissal, filed October 18, 2022 (Doc. 34) before the Defendants answered or filed a summary judgment motion. Thus, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendants—Books-Million, Inc. and Booksamillion.com, Inc.—are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on October 19, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties